Vincent James HUSSEY *v.* STATE of Arkansas

CR 00-269                                                    20 S.W.3d 271

Supreme Court of Arkansas
Opinion delivered March 23, 2000

*G.B. "Bing" Colvin, III,* for appellant.

No response.

PER CURIAM. Petitioner, Vincent James Hussey, by his attorney, G. B. "Bing" Colvin, III, has filed a motion for rule on the clerk. His attorney admits that the record was tendered late due to a mistake on his part.

We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See Terry v. State,* 272 Ark. 243, 613 S.W.2d 90 (1981); *In Re: Belated Appeals in Criminal Cases,* 295 Ark. 964 (1979) (per curiam).

A copy of this per curiam will be forwarded to the Committee on Professional Conduct. *In Re: Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979).